BANK OF SAN GERMÁN, APPELLANT, *v.* REGISTRAR OF SAN
GERMÁN, RESPONDENT.

APPEAL from a Decision of the Registrar of Property
*in Re* Attachment.

No. 549.—Decided November 13, 1922.

RECORD OF TITLE—ATTACHMENT—RECORD OF ATTACHMENT—CURABLE DEFECT.—
It is a curable defect not to copy into a writ of attachment, or exhibit with
it, as provided by article 72 of the Mortgage Law in connection with ar-
ticle 97 of the Regulations, the document or documents stating the cause
which originated the attachment; and when the attachment is granted on
a bond, in accordance with the Act to secure the effectiveness of judgments,
because the obligation involved does not appear in an authentic document,
then the complaint should be exhibited in the registry, that being the docu-
ment showing the cause which originated the attachment.

The facts are stated in the opinion.
*Mr. B. Forés* for the appellant.
The respondent appeared by brief.
MR. JUSTICE ALDREY delivered the opinion of the court.

In an action brought by the Bank of San Germán against
Demetrio Irizarry Basora the Municipal Court of San Ger-
mán granted the plaintiff an attachment and required se-
curity. The clerk of the court issued a writ of attachment
to the marshal who levied on certain real property of the
defendant and gave notice of it to the Registrar of Prop-
erty of San Germán for its annotation. The Registrar com-
plied, but assigned the curable defect of "failure to insert in
the writ or exhibit with it the document or documents which
gave rise to the said annotation." The Bank of San Ger-
mán took the present appeal for the purpose of having this
court declare that the said defect did not exist.

Article 72 of the Mortgage Law prescribes that caution-
ary notices which owe their origin to writs of attachment or
sequestration shall state the cause which may have given
rise thereto and the amount of the obligation involved. Sub-
division 1 of article 97 of the Mortgage Law Regulations
provides that "Any cautionary notice which can not be

entered except upon the order of a court, shall be made by virtue of the presentation to the registrar of the order of the judge or court containing a true copy of the decree ordering it, its date and the document or documents upon which said notice is based.''

In accordance with these statutes there should be presented in the registry the document or documents stating the cause which originated the attachment and when, as in this case, the attachment is granted on security, in accordance with the Attachments Act, as the obligation to be secured does not appear in an authentic document, the complaint should be exhibited in the registry, that being the document showing the cause which originated the attachment. We so held in the case of *Luce & Co. Ltd.* v. *Registrar of Guayama,* 28 P. R. R. 911.

The decision appealed from must be

*Affirmed.*

Chief Justice Del Toro and Justices Hutchison and Franco Soto concurred.